JAMES A. TILLMAN, Appellant, *v.* RUSSO-ASIATIC BANK, Respondent.

(Argued February 27, 1934; decided March 13, 1934.)

468

*Borris M. Komar* for appellant.

*Maurice Léon* and *André Maximov* for respondent.

Order affirmed, with costs. The effect of the *ex parte* order at Special Term was merely to create a notation on the record of valid action taken by the Federal court. First question certified in the affirmative. Second question certified not answered. No opinion. (See 264 N. Y. 670.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.